AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,

Plaintiff,

V.

JONES EQUIPMENT, INC., BONNIE L.
JONES and WILLIAM L. JONES,

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 08 CV 1629

# JUDGE COTE

TO: (Name and address of defendant)

Jones Equipment Inc.,    William L. Jones    &            Bonnie L. Jones
8155 Old Highway10 West Lolo Creek Road   PO Box 326    2118 Wyoming St.
Missoula, MT 59802       Lolo, MT 59847    Lolo, MT 59847 Missoula, MT 59801
Bonnie L. Jones-2120 Wyoming Street, Missoula, MT 59801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Davidoff Malito & Hutcher, LLP
605 Third Avenue, 34th floor
New York, New York 10158

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

CLERK

_____
(BY) DEPUTY CLERK

FEB 1 9 2008

DATE

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE<br>February 20, 2008 |
|---|---|
| NAME OF SERVER (PRINT)<br>Carmelo Artega | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☒    Returned unexecuted: <u>Personal service in the State and County of New York upon the</u> <u>defendants by personal service upon Carol Nicholas, an officer for the C-A Credit</u> <u>Corp., defendants' designated agent for Service of Process in New York pursuant</u> <u>to agreements signed by the defendants (copies exhibited to the Complaint).</u>

☐    Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>February 21, 2008</u>
          Date                 Signature of Server

Address of Server
Davidoff Malito & Hutcher, LLP
605 Third Avenue, 34th Floor
New York, New York  10158

_____

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.