UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC.

CASE NUMBER: 08 CV 1629 (DLC)

Plaintiffs,

vs.

JONES EQUIPMENT, INC., BONNIE L. JONES and WILLIAM L. JONES

Defendants.

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for the Defendants, Jones Equipment, Inc., Bonnie L. Jones and William L. Jones to appear, move, remove, answer or otherwise respond to the Summons and Complaint in the above-captioned action is hereby extended up to and including the 1st day of April, 2008. It is further agreed that Defendants hereby waive the issue of whether service on the agent is proper and valid for Defendant Jones Equipment, Inc. only

By: _____
Lewis M. Smoley, Esq.
Attorney for Plaintiff
**DAVIDOFF, MALITO & HUTCHER, LLP**
605 Third Avenue, 34th Floor
New York, New York 10158

By: _____
Julie A. Kennedy, Esq.
Attorney for Defendants
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, NY 10165

Dated: March 12, 2007

SO ORDERED:

_____
U.S.D.J.
March 14, 2007