```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORIX FINANCIAL SERVICES, INC., formerly known
as ORIX CREDIT ALLIANCE, INC.

                        Plaintiffs,

        vs.

JONES EQUIPMENT, INC., BONNIE L. JONES and
WILLIAM L. JONES

                        Defendants.

CASE NUMBER: 08 CV 1629

**STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE PLEAD**

---

       IT IS HEREBY STIPULATED AND AGREED, by and between Hodgson Russ, LLP, counsel for Defendants, and Davidoff, Malito & Hutcher, by Lewis M. Smoley, Esq. that the time for the Defendants, Jones Equipment, Inc., Bonnie L. Jones and William L. Jones to appear, move, remove, answer or otherwise respond to the Summons and Complaint in the above-captioned action is hereby extended up to and including the 1st day of May, 2008. It is further agreed that Defendants hereby waive the issue of whether service on the agent is proper and valid for Defendant Jones Equipment, Inc. only.

By: _____
Lewis M. Smoley, Esq.
Attorney for Plaintiff
**DAVIDOFF, MALITO &
HUTCHER, LLP**
605 Third Avenue, 34th Floor
New York, New York 10158

By: _____
Julie A. Kennedy, Esq.
Attorney for Defendants
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, NY 10165

*There shall be no further extension. The conference is adjourned to May 8, 2008 at 12:30 p.*

Dated: April 1, 2008

So Ordered.

_____
Denise L. Cote, U.S.D.J.

*April 10, 2008*

000150/000060 NYCDOCS2-450394v1