AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ORIX FINANCIAL SERVICES, INC.,
formerly known as ORIX CREDIT ALLIANCE, INC.
vs.

**APPEARANCE**

JONES EQUIPMENT, INC., BONNIE L. JONES
and WILLIAM L. JONES,

Case Number: 08 civ 1629
(DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LAWRENCE R. BAILEY, JR.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 17, 2008 | /s/ LAWRENCE R. BAILEY, JR. |
| Date | Signature |
| | LAWRENCE R. BAILEY, JR.    301740 |
| | Print Name    Bar Number |
| | 60 East 42nd Street, 37th Fl. |
| | Address |
| | New York    NY    10165 |
| | City    State    Zip Code |
| | 646-218-7510    646-218-7676 |
| | Phone Number    Fax Number |