UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,          Case Number: 08 CV 1629

                             Plaintiff,

           v.

JONES EQUIPMENT, INC., BONNIE L.
JONES and WILLIAM L. JONES,

                             Defendants

-----------------------------------------------------------------

## CORRECTED NOTICE OF MOTION TO WITHDRAW

| | |
|---|---|
| Moving Party: | Hodgson Russ LLP. |
| Date and Time: | To be set by the Court. |
| Place: | United States Courthouse,<br>500 Pearl Street<br>New York, New York. |
| Supporting Papers: | Affirmation of Lawrence R. Bailey, Jr. in Support of Motion to Withdraw dated May 1, 2008. |
| Answering Papers: | If any, are required to be served at least eight business days prior to the return date of this motion, in accordance with Local Rule 7.1(c), or as otherwise directed by the Court. |
| Relief Requested: | An order of this Court permitting Hodgson Russ LLP to withdraw as defendants' counsel. |
| Grounds for Relief: | Southern District of New York Local Rule of Civil Procedure 1.4 |
| Oral Argument: | Not requested. |

Dated:        May 1, 2008

                      **HODGSON RUSS LLP**
                      *Attorneys for Hunter Sports, Inc.*


By_____s/Lawrence R. Bailey, Jr._____
        Lawrence R. Bailey, Jr.
        Jodyann Galvin
60 East 42nd Street, 37th Floor
New York, New York 10165
Telephone: (212) 661-3535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,                Case Number: 08 CV 1629

                     Plaintiff,

     v.

JONES EQUIPMENT, INC., BONNIE L.
JONES and WILLIAM L. JONES,

                     Defendants

-----------------------------------------------------------------

### CORRECTED AFFIRMATION OF HODGSON RUSS LLP IN SUPPORT OF IT'S MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL OF RECORD

Hodgson Russ LLP, counsel of record to defendants William L. Jones, Bonnie L. Jones, and Jones Equipment, Inc. ("Defendants"), moves pursuant to this Court's Local Rule of Civil Procedure 1.4 for leave to withdraw as counsel of record for Defendants.

In support of its motion, Hodgson Russ states as follows:

1. Plaintiff Orix Financial Services, Inc., formerly known as, Orix Credit Alliance, Inc. filed its Complaint in this action on February 19, 2008.

2. Thereafter, Defendants retained Hodgson Russ as its counsel.

3. On March 17, 2008 this Court granted an extension of Time to Answer in this matter to April 1, 2008.

4. On or about April 1, 2008 the parties submitted another Request to Extend Time to Answer to May 1, 2008 in the hopes of settling this matter.

5. On April 17, 2008 Hodgson Russ LLP filed a Notice of Appearance.

6. On May 1, 2008 the Plaintiff indicated the settlement offer was rejected.

7. On May 1, 2008 the Defendants instructed Hodgson Russ not file an Answer to this Complaint and terminated their representation.

8. Hodgson Russ requests leave of Court to withdraw its appearance on behalf of Defendants.

WHEREFORE, Hodgson Russ (through and for Lawrence R. Bailey, Jr.) respectfully requests this Court for leave to withdraw its appearance in this case and for leave to withdraw as counsel of record for Defendants.

Dated: May 1, 2008

**HODGSON RUSS** LLP

By: /s/ Lawrence R. Bailey, Jr.
   Lawrence R. Bailey, Jr.
60 East 42nd Street, 37th Floor
New York, New York 10165
Telephone: (212) 661-3535

## CERTIFICATION OF SERVICE

I, LAWRENCE R. BAILEY, JR., ESQUIRE, hereby certify that true and correct copies of this Corrected Motion to Withdraw and Affirmation In Support were served electronically on all counsel of record on today's date May 2, 2008.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                            /s/ **Lawrence R. Bailey, Jr.**
                                                            **Lawrence R. Bailey, Jr.**

Dated: May 2, 2008