UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,                    Case Number: 08 CV 1629

                            Plaintiff,

          v.

JONES EQUIPMENT, INC., BONNIE L.
JONES and WILLIAM L. JONES,

                            Defendants

-----------------------------------------------------------------


## CORRECTED NOTICE OF MOTION TO WITHDRAW

| | |
|---|---|
| Moving Party: . | Hodgson Russ LLP. |
| Date and Time: | To be set by the Court. |
| Place: | United States Courthouse, 500 Pearl Street New York, New York. |
| Supporting Papers: | Affirmation of Lawrence R. Bailey, Jr. in Support of Motion to Withdraw dated May 1, 2008. |
| Answering Papers: | If any, are required to be served at least eight business days prior to the return date of this motion, in accordance with Local Rule 7.1(c), or as otherwise directed by the Court. |
| Relief Requested: | An order of this Court permitting Hodgson Russ LLP to withdraw as defendants' counsel. |
| Grounds for Relief: | Southern District of New York Local Rule of Civil Procedure 1.4 |
| Oral Argument: | Not requested. |

055142/00000 NYCDOCS2 451734v1

Dated:        May 1, 2008

                              **HODGSON RUSS LLP**
                              *Attorneys for Hunter Sports, Inc.*


                              By_____s/Lawrence R. Bailey, Jr._____
                                      Lawrence R. Bailey, Jr.
                                      Jodyann Galvin
                              60 East 42nd Street, 37th Floor
                              New York, New York 10165
                              Telephone:  (212) 661-3535

## CERTIFICATION OF SERVICE

I, LAWRENCE R. BAILEY, JR., ESQUIRE, hereby certify that true and correct copies of this Corrected Motion to Withdraw and Affirmation In Support were served electronically on all counsel of record on today's date May 2, 2008.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____ /s/ **Lawrence R. Bailey, Jr.**
**Lawrence R. Bailey, Jr.**

Dated:  May 2, 2008

055142/00000 NYCDOCS2 451734v1