/JE/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,

                **Plaintiff,**

        -against-

JONES EQUIPMENT, INC., BONNIE L.
JONES and WILLIAM L. JONES,

                **Defendants.**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

**ORDER TO SHOW CAUSE**

08 CV 1629 (DLC)

Upon the annexed proposed Default Judgment, supporting Affidavit and Affirmation with exhibits annexed thereto, Statement and Clerk's Certificate, and the Summons and Complaint herein, it is:

**ORDERED**, that the Defendant BONNIE L. JONES in the above-entitled action show cause before the Honorable Denise Cote of the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 11B, New York, New York, on the 20th day of June, 2008, at twelve o'clock, noon, or as soon thereafter as counsel may be heard, why a Default Judgment in the form annexed hereto should not be entered in favor of plaintiff against said defendant; and it is further

**ORDERED**, that a copy of this Order and of the papers upon which it is granted, be served upon said defendant by registered or certified mail, return receipt requested, no later than June 6, 2008; and it is further

00374369.2

**ORDERED,** that the defendants are hereby advised that if they fail to answer the Order to Show Cause, a default judgment may be rendered against them, in which event they will have no trial; and it is further

**ORDERED,** that plaintiff shall file proof of service of this Order to Show Cause by June 10, 2008.

DATED:  New York, New York
        May 28, 2008

                                    _____
                                           U.S.D.J.
                                         Part I