UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ORIX FINANCIAL SERVICES, INC.,
formerly known as
ORIX CREDIT ALLIANCE, INC.,

                      Plaintiff,               **AFFIDAVIT OF SERVICE**

        -against-

JONES EQUIPMENT, INC., BONNIE L.              08 CV 1629 (DLC)
JONES and WILLIAM L. JONES,

                     Defendants.

----------------------------------------------------------------X

STATE OF NEW YORK        )
                                )SS.:
COUNTY OF NEW YORK   )

      MARIA L. NAPPI, being duly sworn, deposes and says:

      That the Deponent is not a party to this action, is over 18 years of age and resides in Secaucus, New Jersey. On June 2, 2008, Deponent served a copy of an Order to Show Cause, Default Judgment, Affidavit and Affirmation in Support with exhibits attached, Statement and Clerk's Certificate, upon the Defendant, Bonnie L. Jones at her respective addresses located at 2120 Wyoming Street, Missoula Montana 59801, and 2118 Wyoming Street, Missoula Montana 59801, by certified mail return receipt requested and first class mail, by depositing true copies thereof in postage paid properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
2nd day of June, 2008

                                                                  Maria L. Nappi

Notary Public

        MARIA C. DERACO
    Notary Public State of New York
        No. 02DE6011161
     Qualified in Rockland County
  Commission Expires August 3, 20 10

00375315