UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC.,

                Plaintiff,

v.

JONES EQUIPMENT, INC., BONNIE L. JONES and WILLIAM L. JONES,

                Defendants
-----------------------------------------------------------------

Case Number: 08 CV 1629

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08
```

## ORDER GRANTING MOTION TO WITHDRAW

This matter having been opened to the Court by Hodgson Russ LLP, attorneys for Defendants, for an Order to be relieved as Counsel; and the Court having read the papers submitted; and good cause having been found;

It is on this __2d__ day of __June__, 2008, hereby

ORDERED THAT Hodgson Russ LLP are hereby Granted Leave to Withdraw as Attorneys of Record for the Defendants in this matter

                                             _____
                                             Denise L. Cote, U.S.D.C., S.D.N.Y.

Papers Reviewed:
Motion _____
Opposition ____
Reply _____

055142/00000 NYCDOCS2 452202v1